IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
OCT 27 2014
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By DR

UNITED STATES OF AMERICA :
:
v. : 1:14CR387-1
:
JOSEPH DRAYTON, :
also known as "Malcolm" :

The Grand Jury charges:

COUNT ONE

From in or about June 2014, continuing up to and including on or about August 26, 2014, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, JOSEPH DRAYTON, also known as "Malcolm," did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and did attempt and conspire to do the same, to wit: Victim-1, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion as defined in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause Victim-1 to engage in a commercial sex act; in violation of

Title 18, United States Code, Sections 1591(a) and (b)(1) and 1594(a).

COUNT TWO

From in or about June 2014, continuing up to and including on or about August 26, 2014, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, JOSEPH DRAYTON, also known as "Malcolm," did knowingly provide and obtain labor services of a person, and did attempt and conspire to do the same, to wit: Victim-1, by means of force, threats of force, physical restraint, and threats of physical restraint to that person, and by means of a scheme, plan, and pattern intended to cause the person to believe that, if the person did not perform such labor and services, the person would suffer serious harm and physical restraint, which offense included aggravated sexual abuse; in violation of Title 18, United States Code, Sections 1589(a) and (d) and 1594(a).

COUNT THREE

From in or about June 2014, continuing up to and including on or about August 26, 2014, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, JOSEPH DRAYTON, also known as "Malcolm," used a facility in interstate and foreign commerce, namely the Internet, with the intent to otherwise promote, manage, establish, carry on and facilitate the promotion, management,

establishment and carrying on of an unlawful activity, and thereafter performed an act described in Title 18, United States Code, Section 1952(b)(2), to wit: prostitution, in violation of the North Carolina General Statutes, Chapter 14, Article 27; in violation of Title 18, United States Code, Section 1952(a)(3).

A TRUE BILL:

ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY